IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POOF-SLINKY, INC.
a Michigan corporation,

      Plaintiff/Counterclaim Defendant,

v.                             Case No.:2:08-14573

JA-RU, INC.                   Judge Patrick J. Duggan
a Florida corporation,        Mag. Judge Donald A. Scheer

      Defendant/Counterclaim Plaintiff

_____

| | |
|---|---|
| Ernest I. Gifford (P13964) | Jason R. Abel |
| Douglas W. Sprinkle (P25326) | HONIGMAN MILLER SCHWARTZ & COHN |
| Mark D. Schneider (P55253) | 660 Woodward Avenue |
| GIFFORD, KRASS, SPRINKLE, | Detroit, MI 48226 |
|   ANDERSON & CITKOWSKI, P.C. | (313) 465-7302 |
| 2701 Troy Center Drive, Suite 330 | jabel@honigman.com |
| P.O. Box 7021 | |
| Troy, MI  48007-7021 | |
| litigation@patlaw.com | *Attorneys for Defendant / Counterclaim Plaintiff* |
| (248) 647-6000 | |
| (248) 647-5210 – Facsimile | |

*Attorneys for Plaintiff / Counterclaim
Defendant*

_____

## ORDER OF DISMISSAL WITH PREJUDICE

      This cause having come before the Court on the Parties' Stipulated Motion for Order of Dismissal with Prejudice, and the Court having read the pleadings, and being duly advised, it is hereby:

**ORDERED AND ADJUDGED:**

    1.     The Parties' Stipulated Motion for Dismissal with Prejudice is GRANTED;

2.      This matter is hereby dismissed with prejudice, with each party to pay its own attorneys' fees and cost;

3.      The Court shall, however, retain jurisdiction of this matter for the purpose of enforcing the Settlement Agreement entered into between the Parties.

<u>s/Patrick J. Duggan</u>
Patrick J. Duggan
United States District Judge

Dated: June 15, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 15, 2009 ,by electronic and/or ordinary mail.
<u>s/Marilyn Orem</u>
Case Manager